ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013

Telephone:    (213) 452-0071
Facsimile:    (213) 452-0080

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re: | Case No.: 2:25-13578-NB |
|---|---|
| ERIC STEVEN COKER | 135782 |
| | Chapter: 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: BENJAMIN R HESTON
TO THE ABOVE NAMED DEBTOR(S):

     You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 07/08/25 at 08:00 AM via Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 9873459194 and Passcode 5564413706, OR call 1-213-592-3540 and enter Passcode 5564413706. Matter was continued for the reason set forth below:

Dated:    June 3, 2025

/s/ Rosendo Gonzalez
ROSENDO GONZALEZ, TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 530 South Hewitt Street, Suite 148, Los Angeles, CA  90013.

On June 3, 2025, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

ERIC STEVEN COKER
21698 CANDELA DR
SANTA CLARITA, CA  91350-8537

BENJAMIN R HESTON
HESTON & HESTON
19700 FAIRCHILD ROAD
SUITE 280
IRVINE, CA  92612

☒ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on June 3, 2025, at Los Angeles, California.
☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ Gabrielle Gonzalez
Gabrielle Gonzalez